FILED
May 7, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                            )<br>                   Plaintiff,            )<br>v.                                                        )<br>                                                            )<br>FREDERICK DAVIS,                        )<br>                                                            )<br>                   Defendant.         ) | CASE NUMBER: 2:10-cr-00178-MCE<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Frederick Davis</u>; Case <u>2:10-cr-00178-MCE</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _\_    Release on Personal Recognizance

    _\_    Bail Posted in the Sum of _____

    _X_    Unsecured Appearance Bond in the amount of <u>$50,000.00 co-signed by Georgina Davis.</u>

    _\_    Appearance Bond with 10% Deposit

    _\_    Appearance Bond secured by Real Property

    _\_    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial Supervision/Conditions; dft released today sign forthwith.</u>

Issued at <u>Sacramento, CA</u> on <u>May 7, 2010</u> at <u>3:00 pm</u>.

By /s/ Kendall J. Newman

Kendall J. Newman
United States Magistrate Judge