**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95618**
    **Telephone:     530.759.0700**
    **Facsimile:      530.759.0800**

**Attorney for Defendant**
FREDERICK DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No. CR S 10-00178 MCE |
|                     Plaintiff,            ) | |
|   vs.            ) | **REQUEST FOR WAIVER OF PRESENCE** |
| FREDERICK DAVIS,            ) | |
|                     Defendant.            ) | |

      Defendant FREDERICK DAVIS, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, trial confirmation ('TCH'), empanelment of jury, trial and imposition of sentence. Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant being present.

Dated:    May _____, 2010               /s/ Frederick Davis_____
                                                                         Original Signature on file
                                                                        Defendant, Frederick Davis

Approved:  May , 2010                 By:  __/s/  Joseph J. Wiseman___
                                                                      JOSEPH J. WISEMAN
                                                                      Attorney for Defendant
                                                                      FEDERICK DAVIS

Dated:    May , 2010                  Respectfully submitted,

                                                          JOSEPH J. WISEMAN, P.C.

                                                      By:  __/s/  Joseph J. Wiseman___
                                                               JOSEPH J. WISEMAN
                                                               Attorney for Defendant
                                                               FREDERICK DAVIS


I approve the *Request for Waiver of Presence*.


Dated: May 13, 2010

                                                       _____
                                                       MORRISON C. ENGLAND, JR
                                                       UNITED STATES DISTRICT JUDGE