BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant United States Attorney
501 I. St., Suite 10-100
Sacramento, CA 95618
Tel: (916)-554-2748
Facsimile: (916)-554-2900

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 10-CR-178 MCE |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: October 13, 2011<br>TIME: 9:00 AM |
| JAKE WEATHERS, et al | JUDGE: Hon. Morrison England |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Russell Carlberg, Assistant U.S. Attorney, and defendant Frederick Davis, by and through his attorney, Joseph Wiseman, Esq., that the status conference of October 13, 2011 be vacated and that a status conference be re-set for November 10, 2011 at 9:00 AM.

This continuance is being requested because the government has recently proffered plea offers and counsel needs additional time to discuss them with their clients. Additionally, the defense continues to prepare and to review the discovery provided in this case, which includes property loan files.

///

///

-1-

1	Counsel agree that the time between the signing of the requested order and November 10,
2	2011 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A)
3	and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are
4	outweighed by the interests of justice in permitting counsel adequate time to prepare.

DATED: OCTOBER 12, 2011		Respectfully submitted,

		BENJAMIN B. WAGNER
		Unite4d States Attorney

		*/s/ Russell L. Carlberg*
	By:	_____
		RUSSELL L. CARLBERG
		Assistant United States Attorney


		/s/ Russell Carlberg for
		_____
		Joseph Wiseman, Esq.
		Attorney for Defendant Frederick Davis

### ORDER

The status conference in the above-entitled matter, scheduled for October 13, 2011, is hereby vacated and the matter continued to November 10, 2011, at 9:00 AM for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. 18 U.S.C. §3161(h)(7)(A) and (B) (Local Code T4). Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

	IT IS SO ORDERED.
Dated: October 17, 2011

		_____
		MORRISON C. ENGLAND, JR
		UNITED STATES DISTRICT JUDGE