**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>Frederick Davis )<br>)<br>_____ ) | Docket No.: 2:10CR00178-04 |

On August 30, 2012, the above-named was placed on Probation for a period of 3 years.

The probationer has complied with the rules and regulations of Probation and is no longer in need of supervision.  It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

*/s/ Kris M. Miura*

**KRIS M. MIURA**
**United States Probation Officer**

Dated:    July 18, 2014
             Elk Grove, California
             KMM/sda

                   */s/ Jack C. Roberson*
**REVIEWED BY:      JACK C. ROBERSON**
                           **Supervising United States Probation Officer**

**Re:** **Frederick Davis**
**Docket No:  2:10CR00178-04**
**Report and Order Terminating Probation**
<u>**Prior to Original Expiration Date**</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Frederick Davis be discharged from Probation, and that the proceedings in the case be terminated.

Dated:  August 13, 2014

                                          *[signature]*
                                    MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT

Attachment:   Recommendation

cc:   AUSA – Russell Carlberg
      FLU Unit – United States Attorney's Office
      Fiscal Clerk - Clerk's Office